# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NATIONAL WILDLIFE REFUGE ASSOCIATION, et al,<br><br>          Plaintiffs,<br><br>     v.<br>RURAL UTILITIES SERVICE, et al.<br>          Federal Defendants,<br><br>AMERICAN TRANSMISSION COMPANY, LLC, et al.<br>          Intervenor-Defendants.<br><hr><br>NATIONAL WILDLIFE REFUGE ASSOCIATION, et al,<br><br>          Plaintiffs,<br><br>     v.<br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br>          Federal Defendants.<br><br>AMERICAN TRANSMISSION COMPANY, LLC, et al.<br>          Intervenor-Defendants. | No. 3:21-cv-00096-wmc<br><br>Consolidated with No. 3:21-cv-000306-wmc |

## CO-OWNERS' NOTICE OF STATUS OF CONSTRUCTION ACTIVITIES

The attached letter from Counsel for the Defendant-Intervenors[1] provides notice to the Plaintiffs and Defendants that construction of the Cardinal-Hickory Creek electric transmission project in Wisconsin may begin as soon as, but not prior to, October 25, 2021. The letter evidences fulfillment of the Defendant-Intervenors' commitment to provide at least 30-days' notice to the Plaintiffs before beginning Cardinal-Hickory Creek project-related construction activities in Wisconsin.

---

[1] The Intervenor-Defendants are American Transmission Company LLC and ATC Management Inc. ("ATC"), ITC Midwest LLC ("ITC Midwest") and Dairyland Power Cooperative ("Dairyland") (collectively, the "Co-owners").

DATED: September 24, 2021	Respectfully submitted,

*s/ Thomas C. Jensen*
Thomas C. Jensen
Edward A. Boling
Stacey Bosshardt
**PERKINS COIE LLP**
700 Thirteenth St. NW Suite 800
Washington, D.C. 20005-3960
Tel: (202) 654-6200
Fax: (202) 654-6210
TJensen@perkinscoie.com
TedBoling@perkinscoie.com
SBosshardt@perkinscoie.com

*Attorneys for Intervenor-Defendants*
*American Transmission Company LLC by its*
*corporate manager, ATC Management Inc.,*
*ITC Midwest LLC and*
*Dairyland Power Cooperative.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2021, I electronically filed the forgoing document with the Clerk of Court using the Court's ECF system, which will serve the document on all counsel of record registered for electronic filing in the above-captioned proceeding.

Dated:  September 24, 2021

*/s/ Thomas C. Jensen*
Thomas C. Jensen