

700 13th Street, NW
Suite 800
Washington, D.C. 20005-3960

T +1.202.654.6200
F +1.202.654.6211
PerkinsCoie.com

September 24, 2021

Thomas C. Jensen
TJensen@perkinscoie.com
D.  +1.202.654.1718

Howard A. Learner
President and Executive Director
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1600
Chicago, IL 60601

**Re:    Notice of Construction**

Dear Mr. Learner:

I am writing to inform you that the co-owners of the Cardinal-Hickory Creek project intend to commence project-related construction activities in Wisconsin next month, per the previously announced schedule (posted at https://www.cardinal-hickorycreek.com).  No construction activities will occur in Wisconsin prior to October 25, 2021.

As we informed you earlier this year, no project-related construction activities will occur in the Upper Mississippi River National Wildlife and Fish Refuge prior to October 2022.

Sincerely,

Thomas C. Jensen

TCJ

Cc: Andrew A. Smith, U.S. Department of Justice

Perkins Coie LLP
153968231.1