# COURTROOM MINUTES
# CIVIL

DATE: 10/22/2021   DAY: Friday   START TIME: 1:20 PM   END TIME: 3:35 PM

JUDGE/MAG.: W. Conley   CLERK: K. Frederickson   REPORTER: C. Seeman

CASE NO.: 21-cv-96-wmc, 21-cv-306-wmc   CASE NAME: National Wildlife Refuge Association et al v. Rural Utilities Service et al, National Wildlife Refuge Association et al v. United States Army Corps of Engineers et al

**APPEARANCES:**

PLAINTIFF(S): Howard Learner, Scott Strand, Rachel Granneman, Catherine White

DEFENDANT(S): Jacob Ecker, Ben Carlisle, Devon Flanagan, Rob Morgan, Lindsay Dubin

**PROCEEDING:**

- ☐ CONFIRMATION OF SALE
- ☐ CONTEMPT OF COURT
- ☐ MOTION FOR DEFAULT JUDGMENT
- ☐ ORDER TO SHOW CAUSE
- ☒ OTHER: Oral Argument

Appearances for intervenor defendants: Thomas Jensen, Stacey Bosshardt

Oral Argument held by video conference on the parties' motions for preliminary injunction

Break from 2:50 pm - 3:00 pm

TOTAL COURT TIME: 2 hr., 5 min.