





Cardinal-Hickory Creek Wetland Areas Segment E3 — PAGE 3 OF 5





Cardinal-Hickory Creek Wetland Areas Segment E3

- Cardinal-Hickory Creek Transmission Line
- ◇ Transmission Structure
- --- Approx. Transmission Line ROW
- Wetland Area
- ••• State Trail
- County Boundary
- City/Village/Town Boundary

EXISTING TRANSMISSION LINES
- ▲ Substation
- — 69-kV
- — 138-kV
- — 345-kV








PAGE 5 OF 5