UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NATIONAL WILDLIFE REFUGE ASSOCIATION, et al.,<br>Plaintiffs,<br>v.<br>RURAL UTILITIES SERVICE, et al.,<br>Federal Defendants,<br>AMERICAN TRANSMISSION COMPANY, LLC, et al.,<br>Intervenor-Defendants.<br>_____<br>NATIONAL WILDLIFE REFUGE ASSOCIATION, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br>Federal Defendants,<br>AMERICAN TRANSMISSION COMPANY, LLC, et al.,<br>Intervenor-Defendants. | No. 3:21-cv-00096-wmc<br>Consolidated with No. 3:21-cv-00306-wmc |

**JOINT NOTICE OF APPEAL**

Notice is hereby given that Intervenor-Defendants American Transmission Company LLC, by its corporate manager ATC Management Inc., ITC Midwest LLC, and Dairyland Power Cooperative hereby appeal to the United States Court of Appeals for the Seventh Circuit the November 1, 2021 Opinion and Order granting a preliminary injunction, ECF No. 160, and the associated November 3, 2021 Preliminary Injunction Order, ECF No. 164, in the above-captioned proceedings.

DATED: November 12, 2021  Respectfully submitted,

*s/ Thomas C. Jensen*
Thomas C. Jensen
Edward A. Boling
Stacey Bosshardt
**PERKINS COIE LLP**
700 Thirteenth St. NW Suite 800
Washington, D.C. 20005-3960
Tel: (202) 654-6200
Fax: (202) 654-6210
TJensen@perkinscoie.com
TedBoling@perkinscoie.com
SBosshardt@perkinscoie.com

*Attorneys for Intervenor-Defendants American Transmission Company LLC by its corporate manager, ATC Management Inc., ITC Midwest LLC and Dairyland Power Cooperative.*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 12, 2021, I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will serve the document on all counsel of record registered for electronic filing in the above-captioned proceeding.

Dated: November 12, 2021

                                                     */s/ Thomas C. Jensen*
                                                     Thomas C. Jensen