**PERKINSCOIE**

700 13th Street, NW
Suite 800
Washington, D.C. 20005-3960

☏ +1.202.654.6200
🖷 +1.202.654.6211
PerkinsCoie.com

November 18, 2021

Thomas C. Jensen
TJensen@perkinscoie.com
D. +1.202.654.1718
F. +1.202.624.9599

U.S. District Court Judge William M. Conley
Western District of Wisconsin
120 North Henry Street
Madison, WI 53703

Re: Case Nos. 21-cv-00096-wmc & 21-cv-00306-wmc (cons.)
*National Wildlife Refuge Association, et al. v. Rural Utilities Service, et al.*
**Summary Judgment —Joint Appendix of Cited Administrative Record Documents**

Dear Judge Conley:

    Intervenor-Defendants, American Transmission Company LLC and ATC Management Inc., ITC Midwest LLC, and Dairyland Power Cooperative ("Co-owners") submit for the convenience of the Court a flash drive containing a joint appendix of the administrative documents cited by the parties in the filings supporting their respective motions for summary judgment in the above-referenced case. An index to the appendix documents, listing the documents in numerical order within the administrative record provided by each of the three agency defendants, is also included.

    The large administrative record in this case consists of records produced by multiple federal agencies, with separate indices, and not all administrative record (AR) documents had been named by AR number. Co-owners provide this appendix of the cited documents in the hope that this compilation provides assistance to the Court and the parties going forward in the case. Providing an appendix in cases that involve large administrative records is a common practice in APA cases and is required by local rule in some districts. *See, e.g.*, D.D.C. LCvR 7(n) ("[C]ounsel shall provide the Court with an appendix containing copies of those portions of the administrative record that are cited or otherwise relied upon in any memorandum in support of or in opposition to any dispositive motion. . . . The appendix shall be prepared jointly by the parties . . . The parties are encouraged to agree on the contents of the appendix").

Perkins Coie LLP

November 18, 2021
Page 2

Sincerely,

Thomas C. Jensen

*Attorney for Intervenor-Defendants American Transmission Company LLC by its corporate manager, ATC Management Inc., ITC Midwest LLC and Dairyland Power Cooperative.*

cc:   Howard Learner (w/enclosures)
      Jacob Ecker (w/enclosures)