EXHIBIT C

TO DECLARATION OF JOHN WARDOUR

