# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 9, 2022

*By the Court*:

| No. 21-3123 | DRIFTLESS AREA LAND CONSERVANCY, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>AMERICAN TRANSMISSION COMPANY LLC, by its corporate manager ATC MANAGEMENT INC.,et al.,<br>Intervenor Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:21-cv-00096-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley ||
| **Originating Case Information:** ||
| District Court No: 3:21-cv-00306-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley ||

Upon consideration of the **APPELLANTS' MOTION FOR VOLUNTARY DISMISSAL**, filed on March 8, 2022, by counsel for the appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**   (form ID: **137**)