# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 9, 2022

To: Peter Oppeneer
UNITED STATES DISTRICT COURT
Western District of Wisconsin
Madison, WI 53703-0000

| | |
|---|---|
| | DRIFTLESS AREA LAND CONSERVANCY, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>AMERICAN TRANSMISSION COMPANY LLC, by its corporate manager ATC MANAGEMENT INC.,et al.,<br>Intervenor Defendants - Appellants |
| No. 21-3123 | |

| Originating Case Information: |
|---|
| District Court No: 3:21-cv-00096-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley |
| **Originating Case Information:** |
| District Court No: 3:21-cv-00306-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                 F.R.A.P. 42(b)

STATUS OF THE RECORD:                          no record to be returned

form name: **c7_Mandate**    (form ID: **135**)