# Generation Dependent on Cardinal-Hickory Creek



All data is based on a review of https://www.misoenergy.org/planning/generator-interconnection/GI_Queue/gi-interactive-queue/# and associated GIAs as of 4/11/2022.

Summary Table:

| Interconnection Study Phase | Renewables | | All Fuel Types | |
| --- | --- | --- | --- | --- |
| | # Requests | MW | # Requests | MW |
| With Signed GIA | 40 | 7,156 | 43 | 7,517 |
| Phase 3 | 52 | 7,893 | 54 | 7,997 |
| Phase 2 | 35 | 4,365 | 35 | 4,365 |
| **Total** | **127** | **19,415** | **132** | **19,880** |

1. Renewables include Fuel Type = Wind, Solar, Battery Storage, Hybrid, and Hydro.
2. Mapped location is approximate based on county level data.

